**CC: FISCAL**

JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENEFICIAL LIFE INSURANCE COMPANY,<br><br>   Plaintiff,<br><br>  vs.<br><br>CHARLES E. MARSHALL, KELLOGE (KELLY) D. DODD, DANIEL A. DODD, and JAMES H. DODD, individuals, and EA DAVIDSON ILIT UAD 11-9-1998, an alleged or actual trust with CHARLES E. MARSHALL as alleged or actual trustee, and REVOCABLE LIVING TRUST DATED 10-20-1998, a trust with KELLOGE E. DODD as trustee, and ESTHER A. DAVIDSON ESTATE, and DOES 1 through 10, inclusive,<br><br>   Defendants.<br>_____ | Case No.: CV 09-2871 DSF (JWJx)<br><br><br><br><br><br>JUDGMENT |

  This action came on for hearing on July 26, 2010, the Honorable Dale S. Fischer, District Judge, Presiding. The arguments and evidence having been presented and fully considered, the issues having been heard, and a decision having been rendered,

IT IS ORDERED THAT

1. Defendants Charles E. Marshall, as an individual, and as the purported trustee of the EA Davidson ILIT, dated 11-9-1998, Daniel A. Dodd, and James H. Dodd, having failed to timely answer or make a claim in this matter, shall take nothing, and

2. The proceeds deposited in the Court registry in this matter, less $4,817.60 previously disbursed to Beneficial Life Insurance Company, be distributed to Kelloge D. Dodd, as trustee for the Davidson Family Trust, dated 4-11-1990, and amended and restated 10-20-1998.

Dated: 8/6/10

_____
Dale S. Fischer
United States District Judge